IN THE SUPREME COURT OF TEXAS

 No. 06-0266

 JNC PARTNERS DENTON, LLC

 v.

 CITY OF DENTON, TEXAS

 On Petition for Review

ORDERED:

 1. Petitioner's emergency motion to extend the temporary stays
entered by the court of appeals, filed March 31, 2006, is granted in part
and denied in part. The orders dated December 13, 2005 and December 16,
2005, in Cause No. 02-05-00439-CV, styled JNC Partners Denton, LLC v. City
of Denton, Texas, in the Second Court of Appeals at Fort Worth, Texas, are
extended pending this Court's final disposition of the petition for review.
 The stay order issued by the court of appeals on March 17, 2006, is not
extended. All other requested relief is denied.
 2. The petition for review remains pending before this Court.

 Done at the City of Austin, this April 6, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk